**APPEARANCE F**
**DISTRICT COURT FOR TI**

08cv4289
JUDGE DARRAH
MAG. JUDGE COLE

Information entered on this form is required ~~~~~~~~~ a case in this court as a pro se party (that is, without an attorney).

FILED
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: Robert D Asher
(Please print)

STREET ADDRESS: 4800 South Chicago Beach Drive

CITY/STATE/ZIP: Chicago Illinois 60615

PHONE NUMBER: 773-268-7474

CASE NUMBER: _____

_____          July 29, 2008
Signature                                   Date

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)